# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ALKESH TAYAL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDER OF THE ALTERNATIVE LOAN TRUST 2005-62, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-62, EQUITY TRUSTEES, LLC, SELECT PORTFOLIO SERVICING, INC., AND JOHN DOE,<br><br>　　　　　　Defendants. | Civil Action No.: 1:19-cv-509 |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Alkesh Tayal ("Plaintiff" or "Tayal") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on December 2, 2019, denying Plaintiff's Motion to Remand and Granting the Motion to Dismiss of Defendant equity Trustees per FRCP 12(b)(6) (Dkt#36), and the Order entered in this action July 15, 2020, granting Defendants Bank of New York Mellon as trustee for Alternative Loan Trust 2005-62 and Select Portfolio Servicing, Inc.'s Motion for Summary Judgment (Dkt#78).[1]

Dated: July 20, 2020.

　　　　　　　　　　　　　　　　　　　　　　Alkesh Tayal

　　　　　　　　　　　　　　　　　　　　　　By Counsel,

---

[1] The ECF system skips Dkt#78 and lists the July 15, 2020, Order as Dkt#79 and Entry of Judgment as Dkt#80; the ECF notices received by the undersigned identify them as #78 and #79, respectively, skip #80, and identify the minute entry of proceedings as Dkt#81.

                     */s/ Christopher E. Brown*
                     Christopher E. Brown (VSB No. 39852)
                     THE BROWN FIRM, PLLC
                     526 King Street, Suite 213
                     Alexandria, VA 22314
                     Telephone: (704) 924-0223
                     Facsimile: (704) 997-2362
                     Email: cbrown@brownfirmpllc.com
                     *Counsel for Plaintiff Alkesh Tayal*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to the following:

           Donald R. Pocock
           donald.pocock@nelsonmullins.com
           *Attorney for Defendants BONY and SPS*

           Robert Michael, Esq.
           robert.michael@bww-law.com
           *Attorney for Defendant Equity Trustees*

                     */s/ Christopher E. Brown*

                     Christopher E. Brown (VSB No. 39852)
                     THE BROWN FIRM PLLC
                     526 King Street, Suite 213
                     Alexandria, VA 22314
                     Telephone: (704) 924-0223
                     Facsimile: (704) 997-2362
                     Email: cbrown@brownfirmpllc.com
                     *Counsel for Plaintiff Alkesh Tayal*